The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| TED ENTERTAINMENT, INC. and MATT FISHER, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation<br>Defendant. | Case No. 2:26-cv-01134-JNW<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to LCR 7(n), Plaintiffs submit this notice of supplemental authority to bring to the Court's attention the recently issued order in *Ted Entertainment, Inc., et al. v. ByteDance Inc.*, 3:25-cv-10933-JSC, 2026 WL 2970541 (N.D. Cal. Oct. 2, 2026). This supplemental authority is submitted in support of Plaintiffs' Opposition to Amazon's Motion to Dismiss First Amended Complaint (Dkt. 19). A true and correct copy of the order is attached hereto as **Exhibit A.**

Dated: October 6, 2026

Respectfully submitted,

/s/ *Rohit D. Nath*

Rohit Nath (*pro hac vice*)
Michael Gervais (*pro hac vice*)
Samantha Frazier (*pro hac vice*)

SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
rnath@susmangodfrey.com
mgervais@susmangodfrey.com
sfrazier@susmangodfrey.com

Jordan Connors (WSB #41649)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-2683
jconnors@susmangodfrey.com

Max Lalon Tribble, Jr. (*pro hac vice forthcoming*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Avenue, Suite 5100
Houston, Texas 77002
mtribble@susmangodfrey.com

Janelle Bailey (WSB #54586)
WASHINGTON INJURY LAW
1905 Queen Anne Avenue N, Suite 300
Seattle, Washington 98109
jbailey@washingtoninjurylaw.com

Tom Kherkher (*pro hac vice forthcoming*)
Jarrett Lee Ellzey (*pro hac vice forthcoming*)
Tyler Yagman (*pro hac vice forthcoming*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
tkherkher@eksm.com
jellzey@eksm.com
tyagman@eksm.com

*Attorney for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Rohit D. Nath*
Rohit D. Nath


SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883