The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

TED ENTERTAINMENT, INC. and MATT FISHER, each individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware Corporation

Defendant.

Case No. 2:26-cv-01134-JNW

**PLAINTIFF TED ENTERTAINMENT, INC.'S NOTICE OF VOLUNTARY DISMISSAL**



SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

PLEASE TAKE NOTICE that Plaintiff Ted Entertainment, Inc. files this Notice of Voluntary Dismissal of its claims against Defendant Amazon.com, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff's dismissal is without prejudice to participate and/or recover as a class member in this action. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or motion for summary judgment.

Plaintiff Matt Fisher will remain as a Plaintiff in this action.

Respectfully submitted,

Dated: October 27, 2026

By: /s/ *Rohit D. Nath*

Rohit D. Nath (*pro hac vice*)
Michael Gervais (*pro hac vice*)
Samantha Frazier (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
rnath@susmangodfrey.com
mgervais@susmangodfrey.com
sfrazier@susmangodfrey.com

Jordan Connors (WSB #41649)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-2683
jconnors@susmangodfrey.com

Max Lalon Tribble, Jr. (*pro hac vice* forthcoming)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
mtribble@susmangodfrey.com

Janelle Bailey (WSB #54586)
WASHINGTON INJURY LAW
1905 Queen Anne Avenue N, Suite 300
Seattle, Washington 98109
jbailey@washingtoninjurylaw.com

Tom Kherkher (*pro hac vice*)

Jarrett Lee Ellzey (*pro hac vice* forthcoming)
Tyler Yagman (*pro hac vice* forthcoming)
ELLZEY KHERKHER SANFORD
MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
tkherkher@eksm.com
jellzey@eksm.com
tyagman@eksm.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Rohit D. Nath*
Rohit D. Nath